UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09 CR 779 HEA |
| JASON PHIPPS, | ) |
| Defendant. | ) |

**WAIVER OF PRELIMINARY SUPERVISED RELEASE REVOCATION HEARING**
**AND**
**ORDER TO APPEAR**

I, the above-named defendant, state and acknowledge that I have been informed by the Magistrate Judge and by my attorney of the petition against me for revocation of supervised release and of any affidavit filed therewith, and of my right to a preliminary hearing on the petition, all of which I fully understand. After conferring with my attorney, I now state to the Magistrate Judge that I hereby knowingly waive my right to a preliminary supervised release revocation hearing.

_____          _____
Defendant                                             Defense counsel

Subscribed before me this 2nd day of May, 2012.

**ORDER TO APPEAR**

**IT IS HEREBY ORDERED** that defendant Jason Phipps appear before District Judge Henry E. Autrey for a final supervised release revocation hearing on **May 14, 2012, at 11:15 a.m.**

/S/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 2, 2012.